UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMEAKE MACKLIN, Individually and as Assignee of HAPPY CHILD TRANSPORTATION LLC, ALL STAR BUS SERVICE CO., LLC, and LEVANDER POLK,

     Plaintiffs,

v.

LEXINGTON INSURANCE COMPANY and SPARTA INSURANCE COMPANY,

     Defendants.

**ORDER**

20 Civ. 5372 (ER)

RAMOS, D.J.

  On June 3, 2020, Tameake Macklin ("Plaintiff"), individually and as assignee of Happy Child Transportation LLC, All Star Bus Service Co., LLC, and Levander Polk brought this action against Lexington Insurance Company and Sparta Insurance Company ("Defendants") in the Supreme Court of New York, County of New York. Doc. 1-1. Defendants then removed the case to federal court on July 13, 2020 and answered on August 3, 2020. Docs. 1, 13, 14.

  The Court accepts Plaintiff's motion for remand and directs the Defendants to submit their opposition papers by September 3, 2020, and Plaintiff to submit her reply by September 10, 2020.

  It is SO ORDERED.

Dated: August 13, 2020
   New York, New York

                  Edgardo Ramos, U.S.D.J.