# POLLACK, POLLACK, ISAAC & DE CICCO, LLP

ATTORNEYS AT LAW

ARTHUR POLLACK (1950-1985)
CONRAD E. POLLACK*
BRIAN J. ISAAC*
FRED A. DE CICCO*~
ADAM S. HANDLER*~†
JILLIAN ROSEN*
H. SUSAN OH*
NELSON A. MADRID*

SHRUTI BALI*
ALEXANDRA D. BONDIKOV†
MICHAEL J. FICHERA JR.*~
MATTHEW D. GOODSTEIN*~
ANDREA I. SCHEER*
CHRISTOPHER J. SOVEROW*
YI Z. ZHAO*~

225 BROADWAY, 3RD FLOOR
NEW YORK, NY 10007
T: (212) 233-8100
F: (212) 233-9238
www.ppid.com

BROOKLYN OFFICE
107 AVENUE I
BROOKLYN, NY 11230
T: 718-333-5906

WESTCHESTER OFFICE
906 SOUTH STREET
PEEKSKILL, NY 10566
T: 914-328-2400

OF COUNSEL
ALLEN E. KAYE*
MICHAEL PISTON^
JACOB ARONAUER*~
GREGG A. PINTO*
ADMITTED IN NY* | NJ~ | MA† | MI^

**MEMO ENDORSED**

April 28, 2021

> Plaintiff's request is granted, and this case is stayed. Parties are directed to submit a joint status report within 48 hours of the conclusion of mediation.

<u>VIA ECF</u>
The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

  Re: **Macklin v. Lexington Ins. Co.**
     **Docket No.: 1:20-CV-05372 (ER)**

Dear Judge Ramos:

  We represent the plaintiff, Tameake Macklin, in the above-referenced action. All parties have agreed to enter mediation to resolve the claims and defenses raised in this action. Accordingly, on consent, we respectfully request that this matter be stayed pending the results of mediation, which the parties will duly report to the Court upon completion.

                Respectfully,

                Brian J. Isaac, Esq.

REQUEST FOR STAY

So Ordered:

_____
Edward Ramos, U.S.D.J.

Dated: April 28, 2021
New York, New York

cc:

**VIA ECF**
Elizabeth F. Ahlstrand, Esq.
Gfeller Laurie, LLP
***Attorneys for Defendant***
***Lexington Insurance Company***
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel: 860-760-8420
eahlstrand@gllawgroup.com

John D. McKenna, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
***Attorneys for Defendant***
***Sparta Insurance Company***
1001 Franklin Avenue
Garden City, NY 11530
Tel: 516-294-8844
jmckenna@lbcclaw.com