UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMEAKE MACKLIN, individually and as assignee of HAPPY CHILD TRANSPORTATION LLC, ALL STAR BUS SERVICE CO., LLC, and LEVANDER POLK,

                Plaintiff,

-against-

LEXINGTON INSURANCE COMPANY and SPARTA INSURANCE COMPANY,

                Defendants.

**ORDER**

20 Civ. 5372 (ER)

    The Court having been advised that all claims asserted herein against defendant Lexington Insurance Company have been settled, it is ORDERED that Lexington Insurance Company be terminated as a defendant in this action, without costs to either party, subject to reopening should the settlement not be consummated **within thirty (30) days** of the date hereof.

    Any application to reopen must be filed **within thirty (30) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next thirty (30) days** with a request that the agreement be "so ordered" by the Court.

    SO ORDERED.

Dated:   September 17, 2021
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.